Jimmie W. Pursell, Jr. - 19957
jpursell@jsslaw.com
Jordan T. Leavitt - 031930
jleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Attorneys for Plaintiff Olympia Productions LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olympia Productions LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Jennifer Heath and Phillip Heath,<br><br>Defendants. | No.<br><br>**COMPLAINT IN INTERPLEADER** |

For its Complaint in Interpleader and pursuant to Rule 22 of the Federal Rules of Civil Procedure, Plaintiff Olympia Productions, LLC alleges as follows:

**PRELIMINARY STATEMENT**

1. This is a civil interpleader action brought pursuant to Rule 22, FRCP.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff Olympia Productions, LLC ("Olympia") is a Nevada limited liability company doing business in the State of Arizona.

3. Defendant Phillip Heath ("Phillip") is an individual residing in Colorado.

4. Upon information and belief, Jennifer Heath ("Jennifer") is an individual residing in Colorado.

5. This Court has jurisdiction over this action under 28 U.S.C. § 1332.

6. Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events giving rise to this action occurred in Arizona and because a substantial part of the property that is the subject of this action is situated in Arizona.

**GENERAL ALLEGATIONS**

7. On or about October 1, 2020, Olympia entered into a contract with Phillip, wherein Phillip agreed to participate in the 2020 Joe Weider's Olympia Fitness & Performance Weekend in Las Vegas in December 2020 (the "Event").

8. As a result of his performance at the Event, Olympia awarded Phillip $100,000 in prize money.

9. In or around January 2020, Olympia mailed Phillip a check payable to Philip in the amount of $100,000.

10. Subsequently, Phillip responded that he wanted the check re-issued and made payable to a Colorado limited liability company

11. Olympia agreed to do so once Phillip returned the voided check.

12. Before Olympia reissued the check payable to the limited liability company, Olympia was served with a Writ of Garnishment with Notice of Exemption and Pending Levy by Jennifer L. Heath (the "Writ").

13. The Writ was issued by the District Court, Jefferson County, State of Colorado, In Re the Marriage of Jennifer L. Heath and Phillip J Heath, Case No. 2014 DR 30916.

14. The Writ indicated that Judgment had been entered against Phillip in the amount of $753,873.04 on July 6, 2020, and that the total amount due and owing was $778,102.14.

15. The Writ was served in Arizona.

16. Olympia has no physical presence in Colorado.

17. Upon information and belief, the Judgment was not domesticated in Arizona.

18. Because the Writ was served on Olympia before it re-issued the check, Olympia informed Phillip that it had been served with the Writ and that it could not mail the check until it received instruction from the Court

19. On or about February 3, 2021, Olympia completed and filed the Questions to be Answered by Garnishee with the Colorado Court.

20. To date, Olympia has not received any additional information or documentation from the Colorado Court.

21. Based on the foregoing, both Phillip and Jennifer have made a claim to the $100,000.

22. Given the Writ and the uncertainty of its enforceability in Arizona, Olympia is uncertain as to the person or persons to whom the funds should be paid.

23. Olympia requests permission from this Court to deposit the funds in the amount of $100,000 into the Court so that the various Defendants may assert and prove their claims.

## **PRAYER FOR RELIEF**

WHEREFORE, Olympia prays for judgment against Defendants as follows:

A. That Defendants be required to appear, interplead and settle among themselves their rights and claims to the monies deposited with the Court.

B. That Plaintiff be authorized to pay to the Clerk of the Court the $100,000 that is the subject of this dispute.

C. That, on final hearing, each of the Defendants, their agents, attorneys, representatives, assigns and all persons claiming by, through or under them, or any of them, be perpetually enjoined and restrained from instituting or prosecuting any proceeding against the Plaintiff;

D. That upon payment into the Court of the $100,000, that Plaintiff be fully and finally discharged by Order of this Court from any and all further liability to Defendants.

7555805v1(63470.165)

E. That Plaintiff be awarded its fees in costs in bringing this Complaint in Interpleader; and

F. For such other relief as the Court deems just and proper.

Dated this 12th day of March, 2021.

JENNINGS, STROUSS & SALMON, P.L.C.

By /s/ *Jimmie W. Pursell, Jr.*
Jimmie W. Pursell, Jr.
Jordan T. Leavitt
One East Washington Street, Suite 1900
Phoenix, Arizona  85004-2554
*Attorneys for Plaintiff Olympia Productions LLC*