# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Olympia Productions LLC | **Defendant(s):** Jennifer Heath ; Phillip Heath |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Outside the State of Arizona | |

Plaintiff's Atty(s):

**Jimmie W. Pursell Jr.**
Jennings, Strouss & Salmon, PLC
One E. Washington, Ste. 1900
Phoenix, Arizona  85004
602-262-5911

**Jordan Thomas Leavitt**
Jennings, Strouss & Salmon, PLC
One E. Washington, Ste. 1900
Phoenix, Arizona  85004
602-262-5911

Defendant's Atty(s):

**Vallerie J. Malara** (Jennifer Heath )
HeckenBach Malara, P.C.
7400 E Orchard Rd., Suite 3025N
Greenwood Village, Colorado  80111
303-858-8000

**Mark L. Bryant** (Phillip Heath )
210 Wilcox St., Ste. 210
Castle Rock, Colorado  80104
303.740.6966

II. Basis of Jurisdiction:     **4. Diversity (complete item III)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **2 Citizen of Another State**
Defendant:- **2 Citizen of Another State**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **190 Other Contract**

VI. Cause of Action:     **Rule 22, FRCP, Interpleader**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** <u>Jimmie W. Pursell, Jr.</u>

    **Date:** <u>03/12/2021</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014